

# NUMBER 13-24-00389-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| AHMAD YAZDCHI A/K/A AL GIOVANNI , | Appellant, |
| v. | |
| PEGGY ANN NOWLIN, INDIVIDUALLY AND AS SOLE INDEPENDENT EXECUTRIX OF THE ESTATE OF DONALD H. NOWLIN, | Appellee. |

## ON APPEAL FROM THE 197TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva**

On July 29, 2024, appellant Ahmad Yazdchi a/k/a Al Giovanni filed a pro se notice

of appeal from a final judgment in a case involving slander of title, statutory fraud, and a fraudulent deed. On August 6, 2024, the Clerk of the Court notified appellant that his notice of appeal did not comply with Texas Rules of Appellate Procedure 25.1(d)(2), (8), and 25.1(e). *See* TEX. R. APP. P. 25.1(d)(2), (8), 25.1(e). The Clerk requested correction of these defects, if possible, and advised appellant that the appeal would be referred to the Court for further action if a proper notice of appeal was not filed within thirty days. *See id.* R. 37.1.

On September 24, 2024, the Clerk again notified appellant regarding these defects, requested correction, and advised appellant that the appeal would be dismissed if the defects were not cured within ten days. *See id.* However, this letter was returned to the Court with the designation "RETURN TO SENDER, UNCLAIMED, UNABLE TO FORWARD." *See id.* R. 9.1(b).

Subsequently, on October 25, 2024, after appellant provided the Court with his current address, the Clerk again notified appellant regarding these defects, requested correction, and advised appellant that the appeal would be dismissed if the defects were not cured within ten days. *See id.* According to the certified mail return receipt, appellant received the Clerk's letter. Nevertheless, appellant has not filed an amended notice of appeal correcting these defects and has not otherwise responded to the Clerk's directive.

The Court, having examined and fully considered the documents on file, the foregoing events, and the applicable law, is of the opinion that this appeal should be dismissed for want of prosecution. *See Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.) ("While it is true we liberally construe *pro se*

pleadings and briefs, a *pro se* litigant is still required to comply with applicable laws and rules of procedure."). Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
13th day of February, 2025.